Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SARAH B. VAN SICKLEN, Appellant, v. CENTRAL HANOVER BANK AND TRUST COMPANY and Another, etc., as Executors, etc., of FREDERICK RENAUD, JR., Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JACOB FINE, Appellant, v. JACOB ROSENTHAL, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; O'Malley, J., dissents.

In the Matter of the Application of WILLARD K. DENTON, Appellant, to Set Aside the Election of JACOB ARONSON as a Director, and of HAROLD N. BRODHEAD, as Treasurer of the RAILROAD CO-OPERATIVE BUILDING AND LOAN ASSOCIATION. RAILROAD CO-OPERATIVE BUILDING AND LOAN ASSOCIATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALFRED H. NEWBURGER and Others, Appellants, v. HENRIETTA COUTINHO and HENRY COUTINHO, Respondents.— Orders reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HARRY L. SINGER, Plaintiff, v. AQUITANIA REALTY CORPORATION, Defendant, and SAMUEL BECK and Others, Appellants. (PERRY BITTEL, Receiver, Respondent.) — Order reversed, without costs, and motion denied. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ELSIE E. ADLER, Respondent, v. MAX A. ADLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THOMAS J. STEVENS, Appellant, v. IDA GELTMAN, Respondent.— Orders reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of CONTINENTAL REALTY CORPORATION, Owner, Appellant, for an Order Discharging a Certain Mechanic's Lien against Real Property Filed by WALTER W. AHLSCHLAGER, Lienor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of CONTINENTAL REALTY CORPORATION, Owner, Appellant, for an Order Discharging a Certain Mechanic's Lien against Real Property Filed by WALTER W. AHLSCHLAGER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JAMES H. R. CROMWELL, Respondent, v. ROBERT F. NORTON, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOE LOWE CORPORATION, Respondent, v. CORNELIUS KRENS, Also Known as